AO 451  (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the

| | | |
|---|---|---|
| BABST, CALLAND, CLEMENTS & ZOMNIR, P.C. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No. 2:25-CV-679 |
| JACOB FRYDMAN | ) | |
| *Defendant* | ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  04/01/2026                .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:  05/05/2026

*CLERK OF COURT*

s/Brandy S. Lonchena

*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BABST, CALLAND, CLEMENTS &
ZOMNIR, P.C.,

      Plaintiff,

      v.

JACOB FRYDMAN,

      Defendant.

: CIVIL ACTION NO. 2:25-cv-679
:
:
:
:
:
:
:
:
:
:

## **REQUEST FOR DEFAULT JUDGMENT**

To the Clerk of the United States District Court for the Westerns District of Pennsylvania

    Upon the affidavit attached hereto, you will please enter judgment by default against

Defendant Jacob Frydman, Defendant in the above entitled action for $112,265.79, plus costs.



CLERK'S ENTRY OF JUDGMENT

Date: 4/1/2026

*Karen Sawdy*
Docket Clerk
*Brandy S. Lonchena*
Brandy S. Lonchena

Respectfully submitted,

BABST CALLAND, CLEMENTS AND ZOMNIR P.C.

/s/  Kevin K. Douglass
Kevin K. Douglass, Esquire (I.D. No. 47748)
Two Gateway Center
603 Stanwix Street, 6th Floor
Pittsburgh, PA 15222
Telephone: 412-394-5400
kdouglass@babstcalland.com

*Counsel for Plaintiff Babst, Calland, Clements & Zomnir, P.C.*

Dated:  March 31, 2026



CERTIFIED FROM THE RECORD
05/04/2026
**Brandy S. Lonchena**
*Ericka Torain*
**Deputy Clerk**